**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 16-3264-JFW (KSx)**                                        Date:  March 21, 2017

Title:         Norman Yatooma *-v-* Aimco La Brea Holdings, LLC, et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
        None                                                                                           None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TO SHOW CAUSE**

    Counsel are ordered to show cause, in writing, by March 22, 2017 why they should not each be sanctioned in the amount of $2,500.00 or why this case should not be dismissed for violating the Court's March 17, 2017 Order re: Objections in Joint Pre-Trial Exhibit Stipulation.

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and/or dismissal of the action.

    IT IS SO ORDERED.